1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

7   DOMINGO NOLASCO-GOMEZ,                Case No. 2:25-cv-02217-RFB-DJA

8        Petitioner,                                    **ORDER**

9        v.

10  KRISTI NOEM, *et al.*,

11       Respondents.

12

13       Petitioner Domingo Nolasco-Gomez, immigration detainee, has filed a counseled Amended

14  Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 8), and Motion for

15  Preliminary Injunction (ECF No. 9), challenging his continued detention at Nevada Southern

16  Detention Center in the custody of Federal Respondents. The Court has reviewed the Petition and

17  Motion and preliminarily believes Petitioner likely can demonstrate that his circumstances warrant

18  the same relief as this Court ordered for Petitioner Mena-Vargas and Reyes-Lopez in Escobar

19  Salgado v. Mattos, No. 2:25-CV-01872-RFB-EJY, 2025 WL 3205356 (D. Nev. Nov. 17, 2025).

20       Thus, Respondents are **ORDERED TO SHOW CAUSE** why the Motion for Preliminary

21  Injunction should not be granted. See 28 U.S.C. § 2243. Respondents shall file, in writing, within

22  three days, **a (i) notice of appearance and (ii) "a return certifying the true cause of detention"**

23  on or before **November 24, 2025.** Id. Petitioner may file a reply on or before **November 27, 2025.**

24       **IT IS FURTHER ORDERED** that the parties shall indicate in their briefing whether they

25  request oral argument or an evidentiary hearing on the Motion. The Court would be amenable to

26  ruling on the papers if the parties indicate that they are willing to waive a hearing. If Respondents

27  have no new arguments to offer that have not already been addressed by the Court, they may so

28  indicate by reference to their previous briefing, while reserving appellate rights. Respondents

should file the referenced briefing as an attachment for Petitioner's counsel's review.

Additionally, this court finds Petitioner has established a *prima facie* case for relief and that ordering Respondents to produce documents reflecting the basis for their detention of Petitioner is necessary for the Court to "dispose of the matter as law and justice require." See Harris v. Nelson, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'") (citing 28 U.S.C. § 2243). Therefore, **IT IS FURTHER ORDERED** that Respondents must file with their response any documents referenced or relied upon in their responsive pleading. If Respondents' asserted basis for detention is reflected in any documents in their possession, including, but not limited to, an arrest warrant, Notice to Appear, Form-286, and/or Form I-213 relevant to Petitioner's arrest, detention, and removal proceedings, Respondents must so indicate, and file said documents with their pleading. Respondents are granted leave to file any documents containing sensitive personal identifying information or law enforcement sensitive information with redactions or under seal, in accordance with Local Rule IA 10-5. If no such documents exist to support the asserted basis for detention, Respondents must indicate that in their response.

**IT IS FURTHER ORDERED** that the parties shall file any exhibits in accordance with Local Rule LR IA 10-3.

**IT IS FURTHER ORDERED** that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any request for extension must be filed as soon as possible, before the deadline has passed.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is

warranted to maintain the *status quo* pending resolution on the merits and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

IT IS FURTHER ORDERED that the Clerk of Court:

1. **DELIVER** a copy of the Amended Petition (ECF No. 8), Motion (ECF No. 9), attachments (ECF No. 4), and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the Amended Petition (ECF No. 8), Motion (ECF No. 9), attachments (ECF No. 4), and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov. in accordance with Federal Rule of Civil Procedure 5(b)(2)(E)

4. **MAIL** a copy of the Amended Petition (ECF No. 8), Motion (ECF No. 9), attachments (ECF No. 4), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1)     Bryan Wilcox, Acting Field Office Director, Salt Lake City Field Office, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096;

    2)     U.S. Immigration & Customs Enforcement, 501 S. Las Vegas Blvd. Suite 200, Las Vegas, NV 89101;

    3)     John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060;

    4)     Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528;

    5)     Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530;

    6)     Todd Lyons, Director of United States Immigration and Customs Enforcement, 500 12th St., SW, Washington, D.C., 20536.

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** Amended Petition (ECF No. 8), Motion (ECF No. 9), attachments (ECF No. 4), and this Order on the United States

1  Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee

2  designated by the United States Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of

3  Civil Procedure.

4        **DATED:** November 19, 2025.

5  _____

6        **RICHARD F. BOULWARE, II**
   **UNITED STATES DISTRICT JUDGE**